COPE, J.
 

 This is an appeal of an order denying a motion to correct illegal sentence under Florida Rule of Criminal Procedure 3.800(a). We affirm.
 

 According to the motion, defendant-appellant Hernandez entered a plea to the offense of burglary of an unoccupied dwelling, and was sentenced to fifteen years as a Prison Releasee Reoffender (“PRR”). The crime date was October 8, 2004. The defendant contends that burglary of an unoccupied dwelling is not a qualifying offense for purposes of the PRR statute.
 

 The trial court was entirely correct in denying the claim. The PRR statute was
 
 *107
 
 amended in 2001 so that burglary of a dwelling, whether occupied or unoccupied, is a qualifying offense. Ch. 2001-239, § 1, Laws of Fla.;
 
 Tumblin v. State,
 
 965 So.2d 354, 355 (Fla. 4th DCA 2007);
 
 Bradshaw v. State,
 
 891 So.2d 1184, 1184 n. 1 (Fla. 2d DCA 2005). The statutory version applicable to this defendant is section 775.082(9)(a)1.2., Florida. Statutes (2004).
 

 Affirmed.